IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MAZUR, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 12-1011 |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Maureen P. Kelly |
| MILO'S KITCHEN, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On August 13, 2012, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On May 24, 2013, the Magistrate Judge issued a Report (Doc. 46) recommending that Defendants' Motion to Dismiss (Doc. 20) be granted regarding the unjust enrichment claims stated in Count V of the Complaint, but otherwise denied. Service of the Report and Recommendation was made, and Defendants have filed Objections. *See* Docs. 47 & 48.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 20**) is **GRANTED** regarding unjust enrichment (Count V), and **DENIED** in all other respects. The Report and Recommendation of Magistrate Judge Kelly dated May 24, 2013 is hereby adopted as the Opinion of the District Court.

June 25, 2013
s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All counsel of record