# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA MAZUR, | ) | |
| Plaintiff, | ) | Civil Action No. 12-1011 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| MILO'S KITCHEN, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| MAXINE S. RUFF, | ) | |
| Plaintiff, | ) | Civil Action No. 13-518 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| DEL MONTE CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| MARY EMILY FUNKE, | ) | |
| Plaintiff, | ) | Civil Action No. 13-519 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| DEL MONTE CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| CHRISTOPHER V. LANGONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-709 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| DEL MONTE CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants' Motion for Leave to File a Reply (**Doc. 14** in Civil Action No. **13-709**) is **GRANTED**, and the Reply is deemed filed at Doc. 15 in Civil Action No. 13-709.

Defendants' unopposed Motion to consolidate these several cases (**Doc. 52** in Civil Action No. **12-1011**) is **GRANTED**, and the above-captioned cases (Civil Action No. 12-1011, Civil Action No. 13-518, Civil Action No. 13-519 and Civil Action No. 13-709) are hereby **CONSOLIDATED**, for pretrial purposes, under **Civil Action Number 12-1011 ("the Lead Case")**. The Court later may revisit, by motion or of its own accord (after notice to the parties and an opportunity to respond), whether the cases ultimately should be consolidated for trial.

In granting Defendants' Motion to Consolidate, the Court holds that Defendants' statements for the purposes of consolidation shall have no bearing on issues related to class certification.

Until further notice, all filings in these consolidated cases shall be docketed under the Lead Case, and the parties may abbreviate their captions to read, "*In re Milo's Dog Treats Consolidated Cases*, Civil Action No. 12-1011," or a reasonable equivalent. As soon as is practicable, the parties shall re-file any Motions (only) pending in the non-lead cases into the docket of the Lead Case, and such refiling shall not affect or prejudice any party's rights and/or obligations in any way.

IT IS SO ORDERED.

August 6, 2013                                             s\Cathy Bissoon
                                                           Cathy Bissoon

cc (via ECF email notification):

All Counsel of Record