# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE MILO'S DOG TREATS ) <br> CONSOLIDATED CASES ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 12-1011 <br><br> Judge Cathy Bissoon <br> Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

On August 13, 2012, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On February 11, 2014, the Magistrate Judge issued two Reports (Docs. 136 & 137), recommending that Defendants' Motions to Dismiss (Docs. 68 & 70) regarding Plaintiffs Funke and Ruff, respectively, be granted as to Plaintiffs' claims for unjust enrichment, but otherwise denied. Service of the Report and Recommendation was made, and Defendants have filed Objections. *See* Docs. 139-142.

After a *de novo* review of the pleadings and documents in the case, together with the Reports and Recommendations and the Objections thereto, the following Order is entered:

Defendants' Motions to Dismiss (Docs. 68 & 70) are **GRANTED** regarding Plaintiffs' Funke and Ruff's claims for unjust enrichment, but, otherwise, the Motions are **DENIED**. The Reports and Recommendations of Magistrate Judge Kelly dated February 11, 2014 hereby are adopted as the Opinions of the District Court.

IT IS SO ORDERED.

March 25, 2014                                            s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via ECF email notification):

All counsel of record